UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
YVETTE YANG, *individually and on behalf of all others similarly situated*, :
:
                          Plaintiff, :
:
    -v- :
:
NANO NUCLEAR ENERGY INC. et al., :
:
                         Defendants. :
:
------------------------------------------------------------------------X

24-CV-6057 (JMF)

<u>ORDER REGARDING NOTICE TO PURPORTED PLAINTIFF CLASS MEMBERS</u>

JESSE M. FURMAN, United States District Judge:

      On August 9, 2024, Plaintiff filed a putative class action on behalf of "all persons and entities who purchased or otherwise acquired NNE common stock between May 8, 2024 through July 18, 2024." Docket No. 1. ("Compl."), ¶ 65. The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

      Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

      It is hereby ORDERED that **no later than September 2, 2024**, Plaintiff shall advise the Court in writing of the date and manner in which she published this notice.

      SO ORDERED.

Dated: August 13, 2024
       New York, New York

                                                               _____
                                                                JESSE M. FURMAN
                                                            United States District Judge