UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                   :

YVETTE YANG, *individually and on behalf of all others* :
*similarly situated*,                              :

                    Plaintiff,        :           24-CV-6057 (JMF)
                                   :

          -v-                       :              ORDER
                                   :

NANO NUCLEAR ENERGY INC. et al.,      :
                                   :

                  Defendants.      :
                                   :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On October 8, 2024, five movants filed competing motions for appointment as lead plaintiff and approval of lead counsel pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA") in this case.  Three motions now remain, those filed by Thomas Reynolds, *see* ECF No. 18; Olivier Anfry, *see* ECF No. 19; and Hongyu Xie, *see* ECF No. 26.  Based upon a review of the submissions relating to these motions, it appears to be uncontested that Xie is the movant with "largest financial interest in the relief sought  by the class."  15 U.S.C. § 78u-4(a)(3)(B)(iii); *see* ECF No. 35 ("Anfry Opp'n"), at 4.  Nevertheless, Anfry argues in his opposition to Xie's motion that Xie should not be appointed because Xie is "an atypical in and out trader and day trader."  Anfry Opp'n 7-8.  As Xie has not addressed that argument, the Court grants Xie leave to file a reply memorandum of law, **not to exceed five pages**, no later than **October 23, 2024**.  No other replies may be filed without prior leave of Court.

      SO ORDERED.

Dated: October 16, 2024
      New York, New York                                      
                                                JESSE M. FURMAN
                                            United States District Judge