UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                         :

HONGYU XIE, *individually and on behalf of all others similarly situated*,

                          Plaintiff,

-v-

NANO NUCLEAR ENERGY INC. et al.,

                        Defendants.

------------------------------------------------------------------X

24-CV-6057 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      In light of Defendants' new motion to dismiss, *see* Docket No. 60, Defendants' earlier motion to dismiss filed at Docket No. 55 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **May 9, 2025**. Defendants' reply, if any, is due by **May 30, 2025**.

      The Clerk of Court is directed to terminate Docket No. 55.

      SO ORDERED.

Dated: April 15, 2025
       New York, New York

                                                      _____
                                                      JESSE M. FURMAN
                                                    United States District Judge