**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
HONGUI XIE, individually and on behalf of all
others similarly situated,

                              Plaintiff,

              -against-                                          24 **CIVIL** 6057 (JMF)

                                                                **JUDGMENT**

NANO NUCLEAR ENERGY, et al.,

                              Defendants.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated January 8, 2026, and the Court's Memo

Endorsement February 9, 2026, Defendants' motion to dismiss under Rule 12(b)(6) is

GRANTED in full. Accordingly, the case is closed.

**Dated:** New York, New York

        February 12, 2026

                                                **TAMMI M. HELLWIG**
                                        _____
                                                **Clerk of Court**

                              **BY:**
                                        _____
                                                **Deputy Clerk**