**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| HONGYU XIE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NANO NUCLEAR ENERGY INC., JAY YU, JAMES WALKER, and JAISUN GARCHA<br><br>Defendants. | Case No. 24-cv-6057 (JMF) |

**PLAINTIFF'S NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Lead Plaintiff Hongyu Xie in the above-captioned matter hereby appeals to the United States Court of Appeals for the Second Circuit from the Court's Opinion & Order (ECF No. 67) entered in this action on January 8, 2026 and the Judgment (ECF No. 70) entered in this action on February 12, 2026 granting Defendants' Motion To Dismiss the Second Amended Complaint (ECF No. 59).

Dated: February 12, 2026

Respectfully submitted,

POMERANTZ LLP

*/s/ Tamar A. Weinrib*
POMERANTZ LLP
Tamar A. Weinrib
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
taweinrib@pomlaw.com

*Lead Counsel for Plaintiff*

Junbo Hao
HAO LAW FIRM

BEIJING HAO JUNBO LAW FIRM
Room 3-401 No. 2 Building,
No. 1 Shuangliubei Street
100024  Beijing
People's Republic of China
Telephone: +86 137-1805-2888
jhao@haolaw.cn

*Additional Counsel for Lead Plaintiff*